AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Jackson | ) Case No: | 1:05CR00082-005 |
| | ) USM No: | 10203-027 |
| Date of Original Judgment: 12/14/2010 | ) | |
| Date of Previous Amended Judgment: 07/08/2022 | ) Pro Se | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Mr. Jackson has filed a Motion for sentence reduction pursuant to 18 U.S.C § 3582(c)(2), seeking to reduce his sentence "based on amendment 782 which is retroactive". (Dkt. 347). On July 6, 2022, a plenary resentencing hearing was conducted before the Court. (Dkt. 340). Recognizing Jackson's prior criminal conduct, that he committed the drug trafficking offense while on court ordered supervised release, the amount of drugs trafficked, and considering the sentencing factors outlined in 18 U.S.C. § 3553(a), as well as post-sentencing rehabilitation and changes in the law, the Court sentenced Mr. Jackson to a reduced sentence of 215 months' imprisonment, to be followed by five years of supervised release. (Dkt. 341).

Amendment 782 went into effect on November 1, 2014. Because Mr. Jackson was resentenced after that date, the Court had the benefit of the amendment at the time of his plenary resentencing hearing. Considering the extensive plenary resentencing hearing conducted in this case, another reduction in the defendant's sentence is unwarranted and inappropriate.

All provisions of the judgment dated **July 8, 2022** shall remain in effect.

**SO ORDERED:**

Date: 12/7/2022

*(signature)*
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Effective Date: _____
*(if different from order date)*

Distribution to all electronically registered counsel of record via CM/ECF

Copy to: Michael Jackson #10203-024, McDowell Federal Correction Institution
P.O. Box 1009, Welch, West Virginia 24801

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana

By *(signature)*
Deputy Clerk